IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

TANYA BROST,

    Plaintiff,　　　　　　　　　　　JUDGMENT IN A CIVIL CASE

  v.　　　　　　　　　　　　　　　　Case No.  14-cv-497-wmc

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

    Defendant.

    This action came before the court for consideration with District Judge William M. Conley presiding.  The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff Tanya Brost remanding this case to the Commissioner of Social Security for further proceedings pursuant to sentence four of Section 205 of the Social Security Act, 42 U.S.C. § 405(g).


   s/ N. Nelson, Deputy Clerk　　　　　　　　　　February 11, 2015
Peter Oppeneer, Clerk of Court　　　　　　　　　　　　　Date