IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

TANYA BROST,

    Plaintiff,          JUDGMENT IN A CIVIL CASE

v.          Case No. 14-cv-497-wmc

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

    Defendant.

---

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered awarding plaintiff Tanya Brost attorney fees and expenses in the amount of $5,700.00 under the Equal Access to Justice Act, 28 U.S.C. § 2412.


    _____s/ A. Wiseman, Deputy Clerk_____      _____March 27, 2015_____
    Peter Oppeneer, Clerk of Court                        Date